IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
RBC BANK,                      )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )      2:09cv108-MHT
                               )          (WO)
JEFFREY W. HAND and            )
JENNIFER HAND,                 )
                               )
    Defendants.                )
```

OPINION

Plaintiff RBC Bank filed this suit against defendants Jeffrey W. Hand and Jennifer Hand, asserting various state-law claims relating to the alleged failure to pay sums due pursuant to a promissory note. Jurisdiction is proper pursuant to 28 U.S.C. § 1332 (diversity). The cause is currently before the court on RBC Bank's motion for default judgment.

The record in this case reflects that the Hands were served with a copy of the summons and complaint; that they have failed to respond to the summons and complaint within the time allowed; and that they have failed to

respond to an order of this court to show cause as to why final judgment should not be entered against them. Accordingly, this court is of the opinion that RBC Bank's motion for entry of default judgment should be granted and that judgment of default as to the amounts due pursuant to the promissory note should be entered against the Handss.

    A judgment will be entered in accordance with this opinion.

    DONE, this the 23rd day of June, 2009.

                        /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE