IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
RBC BANK,                        )
                                 )
    Plaintiff,                   )
                                 )    CIVIL ACTION NO.
    v.                           )      2:09cv108-MHT
                                 )          (WO)
JEFFREY W. HAND and              )
JENNIFER HAND,                   )
                                 )
    Defendants.                  )
```

JUDGMENT

In accordance with the opinion issued on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff RBC Bank's motion for default judgment against defendants Jeffrey W. Hand and Jennifer Hand (doc. no. 8) is granted.

(2) Judgment is entered in favor of plaintiff RBC Bank and against the Hand defendants as to counts one, two, three, and four of plaintiff RBC Bank's complaint.

(3) Plaintiff RBC Bank shall recover from the Hand defendants the sum of $ 92,869.25 plus interest accruing

at $16.03 between May 26, 2009, and the date of this judgment.

(4) Plaintiff RBC Bank shall recover from the Hand defendants the additional sum of $ 3,154.36 as attorneys' fees, court costs, and collection expenses.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 23rd day of June, 2009.

                          /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE